THE STATE OF OHIO, APPELLEE, *v.* JELLS, APPELLANT.

[Cite as *State v. Jells* (2000), 90 Ohio St.3d 454.]

(No. 00–1053—Submitted October 10, 2000—Decided December 27, 2000.)

*William D. Mason,* Cuyahoga County Prosecuting Attorney, and *Reno J. Ordani, Jr.,* Assistant Prosecuting Attorney, for appellee.

*Shawn Martin,* for appellant.

***Per Curiam.*** Based on the reasoning set forth in its opinion, we affirm the judgment of the court of appeals denying appellant's application for reopening for failing to establish a colorable claim of ineffective assistance of counsel on the part of appellate counsel. *Spivey, supra,* 84 Ohio St.3d at 25, 701 N.E.2d at 697. In none of the six instances has Jells raised "a genuine issue as to whether [he] was deprived of the effective assistance of counsel on appeal" before the court of appeals, as required under App.R. 26(B).

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.